**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1867**

———————

ORVILLE LEWIS, JR.,

Plaintiff - Appellant,

versus

WILLIAM S. COHEN, Secretary, Department of
Defense,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge; Gerald Bruce Lee, District Judge; Theresa Carroll Buchanan, Magistrate Judge. (CA-98-1610-A)

———————

Submitted: October 21, 1999        Decided: October 26, 1999

———————

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Orville Lewis, Jr., Appellant Pro Se. Dennis Edward Szybala, Assistant United States Attorney, Richard Parker, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orville Lewis, Jr., appeals the district court's order granting summary judgment to Defendant in this action alleging age discrimination in employment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lewis v. Cohen, No. CA-98-1610-A (E.D. Va. Apr. 28, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED